IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| MASADDAGH EL-KREWI, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 08-564-JO |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| BOYLAND AUTO BEAVERTON ACQUISITION H, LLC, | ) ) | |
| | ) | |
| Defendant. | ) | |

JONES, Judge:

Based upon the stipulated motion (#28) for dismissal filed by the parties,

IT IS ORDERED that this case is dismissed with prejudice and without costs to any party or attorney's fees, upon the grounds and for the reason that the matter has been fully settled and compromised. Any pending motions are denied as moot.

DATED this 11th day of January, 2010.

    /s/ Robert E. Jones
ROBERT E. JONES
U.S. District Judge